

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

XIAOYAN YU,

Petitioner,

v.

CHRISTOPHER J. LAROSE, et al.,

Respondents.

Case No.:  3:26-cv-2910-CAB-GC

**ORDER REQUIRING BOND HEARING**

Pending before the Court is Petitioner Xiaoyan Yu's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  [Doc. No. 1 ("Petition").]  Petitioner asserts that he has been in immigration detention since January 1, 2025 without a bond hearing in violation of the Fifth Amendment.  [*Id.* at 2, 14–17.]  The "government acknowledges that courts in this District have repeatedly inferred a constitutional right against prolonged mandatory detention" and "concedes that this Court should order that Petitioner receive a bond hearing[.]"  [Doc. No. 4 at 1–2.]

Accordingly, the Court **ORDERS** the government to provide Petitioner an individualized bond hearing before an immigration judge by **June 17, 2026**, unless Petitioner requests a continuance.  The government shall bear the burden of proof of establishing that Petitioner does not pose a danger to the community or a risk of flight.  *See Martinez v.* Clark, 124 F.4th 775, 785–86 (9th Cir. 2024).  If requested by Petitioner,

1

Respondents shall assist Petitioner in obtaining an audio recording of the bond hearing. The Clerk of the Court shall close the case on **June 24, 2026** unless Petitioner requests a continuance or the Court is notified that the bond hearing did not occur.

It is **SO ORDERED**.

Dated:  June 3, 2026

_____

Hon. Cathy Ann Bencivengo
United States District Judge

3:26-cv-2910-CAB-GC