UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIAOYAN YU,<br><br>                         Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, et al.,<br><br>                         Respondents. | Case No.:  3:26-cv-2910-CAB-GC<br><br>**ORDER ISSUING CORRECTION** |

On June 3, 2026, the Court ordered the government to provide Petitioner an individualized bond hearing before an immigration judge by June 17, 2026, unless Petitioner requests a continuance.  [Doc. No. 6.]  The Court misstated the burden of proof in its order.  The government shall bear the burden of establishing by clear and convincing evidence that Petitioner poses a danger to the community or a risk of flight.  *See Martinez v. Clark*, 124 F.4th 775, 785–86 (9th Cir. 2024).

It is **SO ORDERED**.

Dated:  June 5, 2026

_____
Hon. Cathy Ann Bencivengo
United States District Judge

1

3:26-cv-2910-CAB-GC