UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

XIAOYAN YU,

Petitioner,

v.

CHRISTOPHER J. LAROSE, et al.,

Respondents.

Case No.: 3:26-cv-2910-CAB-GC

**ORDER DENYING MOTION TO ENFORCE JUDGMENT**

**[Doc. No. 10]**

Before the Court is a motion to enforce judgment by Xiaoyan Yu ("Petitioner"). [Doc. No. 10.] On June 3, 2026, the Court ordered the government to provide Petitioner with a bond hearing. [Doc. No. 6.] The hearing was held on June 11, 2026, and the immigration judge ("IJ") denied bond. [Doc. No. 8.] Petitioner now challenges the IJ's determination and seeks a new bond hearing or immediate release. [Doc. No. 10.] The Court **DENIES** the motion as Petitioner must "exhaust[] administrative remedies by appealing to the [Board of Immigration Appeals] before asking the federal district court to review the IJ's decision." *Leonardo v. Crawford*, 646 F.3d 1157, 1160 (9th Cir. 2011).

It is **SO ORDERED**.

Dated: August 18, 2026

Hon. Cathy Ann Bencivengo
United States District Judge